**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1855

MELVIN MCCOY JERMAN,

Plaintiff - Appellant,

v.

AT&T CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:20-cv-00384-MOC-DSC)

Submitted:  February 16, 2023                              Decided:  February 21, 2023

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Melvin McCoy Jerman, Appellant Pro Se.  David A. Grassi, Jr., ECHOLS FIRM, LLC, Rock Hill, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin McCoy Jerman appeals the district court's order granting summary judgment to AT&T Corporation ("AT&T") in Jerman's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jerman v. AT&T*, No. 3:20-cv-00384-MOC-DSC (W.D.N.C. July 20, 2022). We deny AT&T's motion to strike Jerman's pro se supplemental brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*